___ FILED    ___ ENTERED
___ LOGGED   ___ RECEIVED

9:33 am, Feb 03 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. JRR-23-0012 |
| ) | |
| ERIN SHANTEL MURRAY, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO UNSEAL INDICTMENT IN PART

The United States of America, by its undersigned attorneys, respectfully request an Order unsealing the Indictment in part, and in support thereof states:

On January 12, 2023, the Honorable Brendan A. Hurson entered an Order sealing the Indictment in the above-captioned case because not all the defendants had been arrested. Defendant Erin Murray is now in custody and the Indictment can be unsealed as to her. The remaining defendants remain at large. Attached is a redacted version of the Indictment, which redacts the names of the defendants who remain at large.

WHEREFORE, the United States respectfully requests that the Court enter an Order unsealing the attached, redacted version of the Indictment in this case. A proposed Order is attached for the Court's consideration.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/s/ Anatoly Smolkin_____
Anatoly Smolkin
Assistant United States Attorney
36 South Charles Street
Baltimore, Maryland 21201
410-209-4800